UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ABDUL WAKIL AKBARZAI,                          :
                                               :
              Plaintiff,                       :    **ECF CASE**
                                               :
       v.                                      :
                                               :    07 Civ. 7591 (AKH)
ANDREA QUARANTILLO, et al.,                    :
                                               :
              Defendants.                      :    NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:   Clerk of Court
      United States District Court
      Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date: New York, New York
      August 27, 2008

                                          Respectfully submitted,

                                          MICHAEL J. GARCIA
                                          United States Attorney for the
                                          Southern District of New York

                                   By:    /s/_____
                                          DAVID BOBER
                                          Assistant United States Attorney
                                          86 Chambers Street, 3rd Floor
                                          New York, New York 10007
                                          Telephone: (212) 637-2718
                                          Facsimile: (212) 637-2786
                                          Email: david.bober@usdoj.gov

To:   Carlos Moreno, Esq.
      352 7th Avenue, Suite 1204
      New York, NY 10001